CLERK, U.S. DISTRICT COURT

November 4, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIALCOM, INC. and REEVE BENARON,<br><br>                    Plaintiffs,<br><br>v.<br><br>ARCH INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, and INSPERITY, INC.,<br><br>                    Defendants. | Case No. 2:20-cv-04056-SB-AGR<br><br><br>**FINAL JUDGMENT** |

For the reasons set forth in the order granting Plaintiffs' stipulation to dismiss Defendant ACE American Insurance Company filed on June 3, 2021, the Order on Motion for Summary Judgment entered on June 30, 2021, and the separate Findings after Nonevidentiary Bench Trial entered this day, it is

ORDERED AND ADJUDGED that Plaintiffs SocialCom, Inc. and Reeve Benaron's claims against Defendants Arch Insurance Company and ACE American Insurance Company are DISMISSED.

This is a Final Judgment.

Dated: November 4, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1